IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )
                                        )   Case No. 08-27668
E. Thomas Wold,                         )   Chapter 11
                                        )   Judge Eugene R. Wedoff
                                        )
Debtor/Debtor-in-Possession.            )

## ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION

AT CHICAGO, Illinois in said Division and District before the Honorable EUGENE R. WEDOFF, Bankruptcy Judge, this 24th day of February, 2010;

THIS MATTER COMING TO BE HEARD upon the combined hearing on approval of the Second Amended Disclosure Statement ("Disclosure Statement") and confirmation of the Third Amended Plan of Reorganization ("Plan") filed by E. THOMAS WOLD, Debtor and Debtor-in-Possession herein; proper notice having been provided as required by Rule 2002(b) of the Federal Rules of Bankruptcy Procedure; the Debtor having filed an Amended Report of Balloting pursuant to Local Bankruptcy Rule 3018-1; Classes 1, 2 and 12 having accepted the Plan as required by Sections 1126 and 1129(a)(7)(A)(i) of the Bankruptcy Code; this Court having determined that the modifications made by the Plan to the Second Amended Plan of Reorganization do not require further notice to creditors and other parties in interest; this Court having heard and considered the statements of Counsel on behalf of the Debtor relating to the approval of the Disclosure Statement and confirmation of the Plan; this Court finding that the requirements of Section 1125 of the Bankruptcy Code with respect to approval of the Disclosure Statement have been satisfied; this Court finding that the requirements of Section 1129(a) of the Bankruptcy Code with respect to confirmation of the Plan have been satisfied, except for Sub-Section 1129(a)(8) with respect to Classes 3 through 11; and that the Plan satisfies the

requirements of Section 1129(b)(2)(A) of the Bankruptcy Code with respect to the secured claims held by Classes 3 through 11, and that the Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims that is impaired under, and has not accepted the Plan, as provided by Section 1129(b)(1) of the Bankruptcy Code; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Plan, a copy of which is attached to this Order is confirmed; and

B) The Debtor has a continuing obligation to the United States Trustee to pay statutory fees through the date of the entry of a Final Decree in this Chapter 11 case.

C) This matter is set for entry of a Final Decree by April 21, 2010

DATE: February 24, 2010   ENTERED: _[signature]_

**DEBTOR'S COUNSEL:**
EUGENE CRANE, ESQ. (Atty. No. 00537039)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\Grace\Wold\3rd Plan Reorganization.ORDER.wpd