IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E. Thomas Wold, | ) | Case No. 08-27668 |
| | ) | Judge Eugene R. Wedoff |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 23rd day of March, 2010, at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION OF DEBTOR FOR AUTHORITY TO PAY ACCOUNTANT FINAL COMPENSATION,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Eugene Crane
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached **MOTION OF DEBTOR FOR AUTHORITY TO PAY ACCOUNTANT FINAL COMPENSATION** to be served by First Class U.S. mail, postage prepaid, to the names and addresses listed on the attached Service List on the 1st day of March, 2010, before the hour of 5:00 p.m.

/s/Eugene Crane

## SERVICE LIST

Stephen G. Wolfe
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Lois West
Popowcer Katten, Ltd.
35 E. Wacker Drive
Suite 1550
Chicago, IL 60601

E. Thomas Wold
3750 N. Lakeshore Dr., Apt. 6-B
Chicago, IL 60613

Allan S. Farnell
10 South LaSalle St.
Suite 3300
Chicago, IL 60606

Barry A. Chatz
Arnstein & Lehr LLP
120 S. Riverside Plz, Ste. 1200
Chicago, IL 60606-3910

MB Financial Bank, N.A.
c/o L. Judson Todhunter
Howard and Howard
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Terrence D, McCabe
Ryan and Ryan
33 N. Dearborn St., Suite 1530
Chicago, IL 60602

Polar Container Corporation
7123 Barry Ave.
Rosemont, IL 60018

Miriam R. Stein
Arnstein & Lehr LLP
120 S. Riverside Plz, Suite 1200
Chicago, IL 60606-3910

Stanley D. Schwartz
10 South LaSalle Street
Suite 3300
Chicago, IL 60606

Matthew A. Swanson
George R. Mesires
Barack Ferrazzano Kirschbaum & Nagelberg LLP
220 W. Madison St., Suite 3900
Chicago, IL 60606

Ronald Barliant
Zachary Garrett
Goldberg Kohn Bell Black Rosenbloom & Moritz Ltd.
55 E. Monroe, Suite 3300
Chicago, IL 60603–5792

Terri M. Long
Law Office of Terri M. Long
18201 Morris Ave.
Homewood, IL 60430

Fitraco, N.V.
c/o Goldberg Kohn
Attn: Steven A. Levy
55 E. Monroe St., Suite 3300
Chicago, IL 60603

30 East Huron Condo Association
30 East Huron
Chicago, IL 60611

Best Drake Die Inc.
13434-365 Kolmar
Crestwood, IL 60445

Chicago Department of Revenue
121 North LaSalle Street
Room 107
Chicago, IL 60602

Cook County Department of Revenue
Amusement Taxes
121 North LaSalle St.
Chicago, IL 60664-1670

Countrywide Home Loans
PO Box 650070
Dallas, TX 75265

Delta Press
9400 Robinson Road
Franklin Park, IL 60131

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Horizon International LLC
7127 Barry Ave.
Rosemont, IL 60018

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

JP Morgan Chase
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, Florida 32256

Keane & Keane
225 W. Washington, Suite 1701
Chicago, IL 60606

Laurel Manufacturing LLC
2483 Pratt Blvd.
Elk Grove Village, IL 60007

Lemal Kulunkoblu
d/b/a Caytv
7127 Barry Ave., Unit 2B
Rosemont, IL 60018

Levin & Rosen
4051 Old Orchard Road
Skokie, IL 60076

MB Financial Bank
PO Box 6261
Chicago, IL 60680-6261

Metropolitan Pier
and Exposition Authority
301 E. Cermak Road
Chicago, IL 60616

Murray S. Peretz
414 N. Orleans, Suite 610
Chicago, IL 60610

National Roofing Corp.
1237 Circle Ave.
Forest Park, IL 60130

Perfect Storage Solutions
9400 Robinson Road
Franklin Park, IL 60131

Perl Mortgage, Inc.
c/o Countrywide Home Loans Serv.
2270 Lakeside Blvd.- Mail Stop: RLS-4
Richardson, TX 75082

Regency Decorating Services
9400 Robinson Road
Franklin Park, IL 60131

Richard Parton
30 E. Huron
Apts. 5102 & 5104
Chicago, IL 60611

Superior Fence Co. Inc.
9401 Schiller Ave.
Franklin Park, IL 60131

The Patterson Law Firm
1 North LaSalle Street, Suite 2100
Chicago, IL 60602

Union National Bank
101 E. Chicago St.
Elgin, IL 60120

Venture Fund LLC
1668 Checker Road
Long Grove, IL 60047

Washington Mutual
PO Box 9001123
Louisville, KY 40290-1123

Webster Bank
First Federal Bank
Waterbury, CT 06720

Webster Bank
PO Box 1809
Hartford, CT 06144-1809

Illinois Department of Revenue
Thompson Center, Concourse Level
100 West Randolph Street
Chicago, IL 60601-3274

Michael J. Kalkowski
Fisher and Shapiro LLC
4201 Lake Cook Road
Northbrook, IL 60062

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E. Thomas Wold, | ) | Case No. 08-27668 |
| | ) | Judge Eugene R. Wedoff |
| Debtor. | ) | |

**MOTION OF DEBTOR FOR AUTHORITY
TO PAY FINAL COMPENSATION TO ACCOUNTANT**

TO THE HONORABLE EUGENE R. WEDOFF, Bankruptcy Judge:

Now comes the Debtor, E. Thomas Wold, by his attorneys, Eugene Crane and the firm of Crane, Heyman, Simon, Welch & Clar, and in support of his Motion for Authority to Pay Final Compensation to Accountant, states as follows:

1. On October 15, 2008 this Court entered an Order for Relief in the above-captioned matter pursuant to a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, whereby E. Thomas Wold (the "Debtor") was deemed a Debtor-in-Possession as defined in Section 1101 of the Bankruptcy Code.

2. On February 24, 2010 this Court entered an order confirming the Third Amended Plan of Reorganization filed by the Debtor.

3. On May 5, 2009, this Court entered an order authorizing the Debtor to employ Lois West and the accounting firm of Popowcer Katten, Ltd. ("PK"), and to pay a retainer to PK in the amount of $5,000.00. PK has performed accounting services for the Debtor from April 21, 2009 to December 21, 2009 as described in the invoice attached hereto as Exhibit "A."

1

    4.    By this Motion the Debtor requests that this Court allow PK final compensation in the amount of $8,234.50, as reflected in said invoice, pursuant to Section 330 of the Bankruptcy Code, and to authorize the Debtor to pay said sum, less the retainer, from an escrow account, established by order of this Court, at The Private Bank, which contains funds totaling approximately $63,000.00, representing remaining proceeds of the sale of certain real estate owned by the Debtor, which proceeds are now free and clear of liens, claims and encumbrances, due to a settlement approved by this Court, between the Debtor and MB Financial Bank N.A.

    5.    The Debtor believes such fees to be fair and reasonable and that the services provided by PK were of high quality and necessary for the Debtor to successfully proceed through the bankruptcy process and confirm a plan of reorganization.

    WHEREFORE, for the foregoing reasons, the Debtor, E. Thomas Wold, by his attorneys, Eugene Crane and the firm of Crane, Heyman, Simon, Welch & Clar, prays for the entry of an Order:

    A.    Allowing final compensation to PK, pursuant to Section 330 of the Bankruptcy Code, in the amount of $8,234.50; and

    B.    Authorizing the Debtor to pay said sum to PK, less the $5,000.00 retainer, from the account at The Private Bank; and

    C.    Granting such other relief as this Court deems appropriate.

        E . Thomas Wold, Debtor

        BY: /s/Eugene Crane
            One of his attorneys

Eugene Crane, Esq.
(Att. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
Attorneys for the Debtor
135 South LaSalle Street, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\GRACE\Wold\pay.accountant.wpd