IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E. Thomas Wold, | ) | Case No. 08-27668 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 21ST day of April, 2010, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in Room 744 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in his place and stead, and shall then and there present the attached Motion For Entry of Final Decree, a copy of which is attached hereto and herewith served upon you, and we shall pray for the entry of an order in compliance therewith. At said time and place you may appear if you so see fit.

/s/Eugene Crane

Eugene Crane (Atty No. 0537039)
Crane, Heyman, Simon, Welch & Clar
Attorney for Debtor
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603-4297
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and the attached Motion for Entry of Final Decree to be served on all parties listed on the attached Service List via first class mail, postage prepaid, on the 7th day of April 2010, before the hour of 5:00 p.m., from 135 South LaSalle Street, Chicago, Illinois 60603.

/s/Eugene Crane

## SERVICE LIST

Stephen G. Wolfe
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Lois West
Popowcer Katten, Ltd.
35 E. Wacker Dr., Suite 1550
Chicago, IL 60601

E. Thomas Wold
3750 N. Lakeshore Dr., Apt. 6-B
Chicago, IL 60613

Allan S. Farnell
10 South LaSalle St.
Suite 3300
Chicago, IL 60606

Barry A. Chatz
Arnstein & Lehr LLP
120 S. Riverside Plz, Ste. 1200
Chicago, IL 60606-3910

MB Financial Bank, N.A.
c/o L. Judson Todhunter
Howard and Howard
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Terrence D, McCabe
Ryan and Ryan
33 N. Dearborn St., Suite 1530
Chicago, IL 60602

Polar Container Corporation
7123 Barry Ave.
Rosemont, IL 60018

Murray S. Peretz
c/o Miriam R. Stein
Arnstein & Lehr LLP
120 S. Riverside Plz, Suite 1200
Chicago, IL 60606-3910

Stanley D. Schwartz
10 South LaSalle Street
Suite 3300
Chicago, IL 60606

Matthew A. Swanson,
George R. Mesires
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
220 W. Madison St., Suite 3900
Chicago, IL 60606

Ronald Barliant, Zachary Garrett
Goldberg Kohn Bell Black Rosenbloom &
Moritz Ltd.
55 E. Monroe, Suite 3300
Chicago, IL 60603–5792

Terri M. Long
Law Office of Terri M. Long
18201 Morris Ave.
Homewood, IL 60430

Fitraco, N.V.
c/o Goldberg Kohn
Attn: Steven A. Levy
55 E. Monroe St., Suite 3300
Chicago, IL 60603

30 East Huron Condo Association
30 East Huron
Chicago, IL 60611

Best Drake Die Inc.
13434-365 Kolmar
Crestwood, IL 60445

Chicago Department of Revenue
121 N. LaSalle St., Room 107
Chicago, IL 60602

Cook County Department of Revenue
Amusement Taxes
121 North LaSalle St.
Chicago, IL 60664-1670

Countrywide Home Loans
PO Box 650070
Dallas, TX 75265

Delta Press
9400 Robinson Road
Franklin Park, IL 60131

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Horizon International LLC
7127 Barry Ave.
Rosemont, IL 60018

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

JP Morgan Chase
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, Florida 32256

Keane & Keane
225 W. Washington, Suite 1701
Chicago, IL 60606

Laurel Manufacturing LLC
2483 Pratt Blvd.
Elk Grove Village, IL 60007

Lemal Kulunkoblu
d/b/a Caytv
7127 Barry Ave., Unit 2B
Rosemont, IL 60018

Levin & Rosen
4051 Old Orchard Road
Skokie, IL 60076

MB Financial Bank
PO Box 6261
Chicago, IL 60680-6261

Metropolitan Pier
and Exposition Authority
301 E. Cermak Road
Chicago, IL 60616

Murray S. Peretz
414 N. Orleans, Suite 610
Chicago, IL 60610

National Roofing Corp.
1237 Circle Ave.
Forest Park, IL 60130

Perfect Storage Solutions
9400 Robinson Road
Franklin Park, IL 60131

Perl Mortgage, Inc.
c/o Countrywide Home Loans Serv.
2270 Lakeside Blvd.- Mail Stop: RLS-4
Richardson, TX 75082

Regency Decorating Services
9400 Robinson Road
Franklin Park, IL 60131

Richard Parton
30 E. Huron
Apts. 5102 & 5104
Chicago, IL 60611

Superior Fence Co. Inc.
9401 Schiller Ave.
Franklin Park, IL 60131

The Patterson Law Firm
1 North LaSalle Street, Suite 2100
Chicago, IL 60602

Union National Bank
101 E. Chicago St.
Elgin, IL 60120

Venture Fund LLC
910 Skokie Blvd.
Suite 225
Northbrook, IL 60062

Washington Mutual
PO Box 9001123
Louisville, KY 40290-1123

Webster Bank
First Federal Bank
Waterbury, CT 06720

Webster Bank
PO Box 1809
Hartford, CT 06144-1809

Illinois Department of Revenue
Thompson Center, Concourse Level
100 West Randolph Street
Chicago, IL 60601-3274

Michael J. Kalkowski
Fisher and Shapiro LLC
4201 Lake Cook Road
Northbrook, IL 60062

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E. Thomas Wold, | ) | Case No. 08-27668 |
| | ) | |
| Debtor.    . | ) | Judge Eugene R. Wedoff |

## **MOTION FOR ENTRY OF FINAL DECREE**

To the Honorable Eugene R. Wedoff, Bankruptcy Judge:

Now come the Debtor, E. Thomas Wold (the "Debtor"), by his attorneys, Eugene Crane and the law firm of Crane, Heyman, Simon, Welch & Clar, and in support of his Motion for Entry of Final Decree, respectfully states as follows:

1. On October 15, 2008, this Court entered an Order for Relief in the above-captioned matter pursuant to a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. On February 22, 2010, the Debtor filed his Third Amended Plan of Reorganization (the "Plan") and on June 10, 2009, the Debtor filed his Second Amended Disclosure Statement. On February 24, 2010, this Court entered an Order Confirming the Plan**.**

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing to Debtor's bankruptcy counsel, Crane, Heyman, Simon, Welch & Clar, and Debtor's accountant, Popowcer & Katten, have been paid. In addition, the Class 12 general unsecured creditors have received their initial distribution pursuant to the Plan.

4. The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, the Debtor, E. Thomas Wold, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

> Respectfully submitted,
>
> E. Thomas Wold, Debtor
>
> /s/Eugene Crane
> One of his attorneys

Eugene Crane, Esq.(Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
Attorney for Debtor
135 South LaSalle, Suite 3705
Chicago, IL  60603
(312) 641-6777
W:\GRACE\Wold\Final Decree.MOT.wpd

- 6 -