IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| E. Thomas Wold, | ) | Case No. 08-27668 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

## FINAL DECREE

AT CHICAGO, Illinois, in said District and Division, before the Honorable Eugene R. Wedoff, Bankruptcy Judge, this 21st day of April, 2010:

This matter coming on to be heard on the Motion of the Debtor, E. Thomas Wold, by his attorneys, Eugene Crane and the firm of Crane, Heyman, Simon, Welch & Clar for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Third Amended Plan of Reorganization on February 24, 2010, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Third Amended Plan of Reorganization has been substantially consummated; and accordingly,

IT IS FURTHER ORDERED that the estate is hereby closed.

BY THE COURT:

_Eugene R. Wedoff_
Bankruptcy Judge

2 1 APR 2010

Eugene Crane, Esq.
(Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
Attorney for Debtor
135 South LaSalle, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\GRACE\Wold\Final Decree.ORD.wpd